No. 90–140.   LABORERS PENSION TRUST FUND FOR NORTH-ERN CALIFORNIA *v.* IMEL.   C. A. 9th Cir.   Certiorari denied.

No. 90–152.   FLORIDA *v.* NELSON ET AL.   Dist. Ct. App. Fla., 5th Dist.   Certiorari denied.

No. 90–193.   STONE ET AL. *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 90–218.   FOGEL *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 90–236.   JORDAN *v.* CAMERON IRON WORKS, INC.   C. A. 5th Cir.   Certiorari denied.

No. 90–247.   OVERMYER *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 90–253.   NATIONAL ENGINEERING & CONTRACTING CO. *v.* OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 90–255.   NEW YORK TELEPHONE CO. ET AL. *v.* CAHILL ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 90–286.   KONITS *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 90–355.   SOUTHERN PACIFIC TRANSPORTATION CO. *v.* LUCK.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 90–356.   YARTZOFF *v.* REILLY, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY.   C. A. 9th Cir.   Certiorari denied.

No. 90–358.   TRAVEL SERVICES, INC. *v.* GOVERNMENT OF THE VIRGIN ISLANDS ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 90–363.   LUNA *v.* SUPERIOR COURT OF MASSACHUSETTS. Sup. Jud. Ct. Mass.   Certiorari denied.